A. C. WINTER *v*. A. B. SHANKLAND and others.

April Term, 1877.

SCIRE FACIAS TO REVIVE A SUIT. — A *scire facias* to revive a suit against the personal representative or heir of a party is, under our statutes, in the nature of a notice or summons, and, if issued upon suggestion and proof of death, at the rules, will be good, if it give the name of the parties to the suit, the filing of the bill, the pendency of the proceedings, and the death of the party, although the latter be in the form of suggestion.

*Wilkin*, for complainant.
*Morris*, for defendants.

THE CHANCELLOR : — A *scire facias* to revive a suit against the personal representatives or heirs of a party who has died

is in the nature of a notice or summons. The statutes speak of the process as a *scire facias* or notice. Code, secs. 2856, 4425. If a bill of revivor were filed, it would simply allege the death of the party, and an ordinary summons would issue. The death, in that case, would not be proved in advance to authorize the issuance of the writ. Proof is required to work an abatement, not as a prerequisite to the issuance of process to revive. In this case, the order on the rules shows the suggestion and proof of death, and the *scire facias*, although inartificially worded, contains all the requisites prescribed by the Code, sec. 4428, — namely, the names of the parties to the suit, the filing of the bill, pendency of the suit, and death of the party. That the latter is in the form of a suggestion is immaterial. The *scire facias* is sufficient, and the motion to quash is disallowed.